BRUCE A. KILDAY, ESQ., SB No. 66415
  Email: bkilday@akk-law.com
CARRIE A. McFADDEN, ESQ., SB No. 245199
  Email: cmcfadden@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF ANDERSON, CITY OF ANDERSON POLICE DEPARTMENT, and MICHAEL JOHNSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KNIGHTEN,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CITY OF ANDERSON; THE CITY OF ANDERSON POLICE DEPARTMENT, MICHAEL JOHNSON and SEAN MILLER,<br><br>  Defendants. | Case No.: 2:15-cv-01751-TLN-CMK<br><br>**STIPULATION AND ORDER TO WITHDRAW PENDING MOTION FOR SANCTIONS AND MOTION TO DISMISS AND REQUEST FOR MANDATORY SETTLEMENT CONFERENCE** |

Plaintiff GERALD KNIGHTEN and Defendants CITY OF ANDERSON, the CITY OF ANDERSON POLICE DEPARTMENT, and MICHAEL JOHNSON (hereafter "CITY Defendants"), and SEAN MILLER, by and through their respective counsel of record, hereby stipulate to, and respectfully request, that CITY Defendants' Motion for Sanctions For Violations of Court Orders (Court's Docket No. 22) and Motion to Dismiss (Docket No. 23) be withdrawn and the Court order the parties to attend a settlement conference. Should this case not resolve at the settlement conference, CITY Defendants will thereafter re-file both motions.[1]

---

[1] Per the Court's instruction, CITY Defendants will notice the Motion for Sanctions before Magistrate Kellison.

WHEREAS:

1. The parties would like to attend a settlement conference, preferably with Magistrate Judge Kellison, before incurring additional time and expenses on CITY Defendants' pending Motion for Sanctions and Motion to Dismiss;

2. In order to provide the best opportunity to settle this case, the parties agree that it is important to minimize additional costs and attorney's fees to the extent possible so that they can attempt to resolve this case at a settlement conference;

3. The Court has not yet issued a Scheduling Order in this case, thus providing the parties time to attempt to resolve this case at a settlement conference before incurring additional law and motion expenses will *not* result in the rescheduling of any pretrial or trial deadlines.

The parties therefore request that the Court schedule a settlement conference with Judge Kellison for a date that is convenient for the Court's and counsel's calendar.  The parties also request that CITY Defendants' Motion for Sanctions For Violations of Court Orders (Court's Docket No. 22) and Motion to Dismiss (Docket No. 23) be deemed withdrawn and that said motions can be re-filed should this case not resolve at the settlement conference.

Dated:  June 1, 2016   ANGELO, KILDAY & KILDUFF, LLP

By:_____*/s/ Bruce A. Kilday*_____
BRUCE A. KILDAY
Attorneys for Defendants City Of Anderson, Anderson Police Department, And Michael Johnson

Dated:  June 1, 2016   PORTER SCOTT
*/s/ Carl Fessenden*
By:____*(as authorized on 6/1/16)*_____
CARL FESSENDEN
Attorneys for Defendant Sean Miller

Dated:  June 1, 2016   BARR & MUDFORD, LLP
*/s/ John Douglas Barr*
By:____*(as authorized on 6/1/16)*_____
JOHN DOUGLAS BARR
Attorneys for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, CITY Defendants Motion for Sanctions For Violations of Court Orders (Court's Docket No. 22) and Motion to Dismiss (Docket No. 23) are hereby withdrawn. The parties are ordered to attend a mandatory settlement conference with Magistrate Judge Kellison on  August 04, 2016  at  9:30 a.m.  . Should this case not resolve at the mandatory settlement conference, CITY Defendants can thereafter re-file both motions.

Dated: June 2, 2016

Troy L. Nunley
United States District Judge