IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KNIGHTEN, | No. 2:15-CV-1751-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF ANDERSON, et al., | |
| Defendants. | |

A settlement conference is scheduled for August 4, 2016, at 9:30 a.m. in Redding, California, before the undersigned. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by 7 days prior to conference. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

DATED: July 5, 2016

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KNIGHTEN, | No. 2:15-CV-1751-TLN-CMK |
| Plaintiff, | |
| vs. | WAIVER OF DISQUALIFICATION |
| CITY OF ANDERSON, et al., | |
| Defendants. | |

_____/

      Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Kellison thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____   _____
                                    By:  For Plaintiff(s)

DATED: _____   _____
                                    By:  For defendant(s)