IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KNIGHTEN, | No. 2:15-CV-1751-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF ANDERSON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On December 13, 2016, the court granted defendants' motion for sanctions (see Doc. 42). Regarding attorney's fees sought by defendants' counsel as part of the motion, the court ordered defendants' counsel to submit a supporting declaration, which counsel did on December 22, 2016 (see Doc. 45). On January 20, 2017, the court received a letter from defendants' counsel asking the court to defer ruling on the attorney's fees request pending discussions with plaintiff's counsel on a "possible compromise of the sanctions order." To date, defendants' counsel has not notified the court whether those discussions were fruitful and, if so, what action the parties desire on the request for attorney's fees.

///

Defendants' counsel shall notify the court in writing within ten days of the date of this order whether counsel is still pursuing the attorney's fees request. Failure to comply will be construed as withdrawal of the attorney's fees request.

IT IS SO ORDERED.

DATED: August 23, 2017

                                                              _____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE