1
2
3
4
5
6
7
8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 GERALD KNIGHTEN,                           No. 2:15-CV-1751-TLN-CMK

12             Plaintiff,

13       vs.                                  <u>ORDER</u>

14 CITY OF ANDERSON, et al.,

15             Defendants.

16 _____/

17             Plaintiff, who is proceeding with retained counsel, brings this civil action.  On

18 December 13, 2016, the court granted defendants' motion for sanctions (<u>see</u> Doc. 42).  Regarding

19 attorney's fees sought by defendants' counsel as part of the motion, the court ordered defendants'

20 counsel to submit a supporting declaration, which counsel did on December 22, 2016 (<u>see</u> Doc.

21 45).  On January 20, 2017, the court received a letter from defendants' counsel asking the court

22 to defer ruling on the attorney's fees request pending discussions with plaintiff's counsel on a

23 "possible compromise of the sanctions order."  As of August 23, 2017, defendants' counsel had

24 not notified the court whether those discussions were fruitful and, if so, what action the parties

25 desire on the request for attorney's fees and the court ordered counsel to notify the court in

26 writing within ten days whether counsel is still pursuing the attorney's fees request.

Pending before the court is defendants' counsel's request for a 90-day extension of time to inform the court regarding the attorney's fees request. Good cause appearing therefor, the request is granted. Counsel shall inform the court in writing within 90 days of the date of this order whether counsel is still seeking attorney's fees.

IT IS SO ORDERED.


DATED: October 11, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE