1  **JOHN DOUGLAS BARR** ............... **California State Bar No. 40663**
   **TROY DOUGLAS MUDFORD** ..... **California State Bar No. 156392**
2  **ESTEE LEWIS**................................**California State Bar No. 268358**
   **CATHLEEN THERESA BARR** ....... **California State Bar No. 295538**
3  **BARR & MUDFORD, LLP**
   1824 Court Street/Post Office Box 994390
4  Redding, California  96099-4390
   Telephone:  (530) 243-8008
5  Facsimile:  (530) 243-1648
6
7  Attorneys for Plaintiff
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
11
   GERALD KNIGHTEN,                       NO.  2:15-CV-01751-TLN-CMK
12
            Plaintiff,                    **STIPULATION AND ORDER TO**
13                                        **SCHEDULE A FURTHER**
            vs.                           **SETTLEMENT CONFERENCE DATE**
14
15 THE CITY OF ANDERSON; THE CITY OF
   ANDERSON POLICE
16 DEPARTMENT, MICHAEL JOHNSON  in his
   official capacity as Chief of Police for the City of
17 Anderson Police Department; and
   SEAN MILLER, individually and in his official
18 capacity as a Police Officer with the
   City of Anderson Police Department.
19
20
            Defendants.
21
22
23       Plaintiff GERALD KNIGHTEN and defendants THE CITY OF ANDERSON; THE
24 CITY OF ANDERSON POLICE DEPARTMENT, MICHAEL JOHNSON  in his official
25 capacity as Chief of Police for the City of Anderson Police Department; and SEAN MILLER,
26 individually and in his official capacity as a Police Officer with the City of Anderson Police
27 Department, by and through their respective counsel, hereby stipulate to, and respectfully
28

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Stipulation and Order to Schedule a Further Settlement Conference Date

request, that the Court order the parties to attend a Further Settlement Conference with Magistrate Judge Kellison, for a date that is convenient for the Court's and counsel's calendar. Counsel are available the following dates: February 16, 2018, February 22, 2018, February 23, 2018, March 29, 2018. Mr. Kilday will not be present as the parties have come to an informal resolution regarding the settlement that will be confirmed on the record.

The parties request that Magistrate Kellison help facilitate final settlement of the matter, including communication between Plaintiff Knighten and Defendant Miller.

Counsel have previously filed Waivers of Disqualification.

DATED: February 6, 2018                         BARR & MUDFORD, LLP


                                           /s/ Cathleen Theresa Barr
                                        JOHN DOUGLAS BARR
                                        CATHLEEN THERESA BARR
                                        Attorney for Plaintiff


DATED: February 6, 2018                         ANGELO, KILDAY & KILDUFF, LLP


                                           /s/ Bruce A. Kilday
                                        BRUCE A. KILDAY
                                        Attorneys for Defendants, City of
                                        Anderson, City of Anderson Police
                                        Department and Michael Johnson


DATED: February 6, 2018                         PORTER SCOTT


                                           /s/ Carl Fessenden
                                        CARL FESSENDEN
                                        Attorneys for Defendant, Sean Miller

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Stipulation and Order to Schedule a Further Settlement Conference Date

1

## ORDER

At the request of all parties, IT IS HEREBY ORDERED that a Further Settlement Conference with the undersigned is scheduled for February 22, 2018 at 9:00 a.m. in Redding, California.

Dated: February 7, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Stipulation and Order to Schedule a Further Settlement Conference Date